UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

828245
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.**

In Re:

MARISA D. KLEINOT A/K/A MARISSA D. FIEDLER

Case No: 19-24755 - MBK

Hearing Date: 09/25/2019

Judge: Michael B Kaplan

## CERTIFICATE OF CONSENT
## REGARDING CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/ _____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com