| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828245<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Wells Fargo Bank, N.A.** | Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARISA D. KLEINOT A/K/A MARISSA D. FIEDLER | Case No: 19-24755 - MBK<br><br>Hearing Date: 09/25/2019<br><br>Judge:  Michael B Kaplan |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 828245**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>**Attorneys for WELLS FARGO BANK, N.A.**</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

MARISA D. KLEINOT A/K/A
MARISSA D. FIEDLER

Debtor

CASE NO. 19-24755 - MBK

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 09/25/2019

  **This Consent Order pertains to the property located at 10 SANDY COURT, FREEHOLD, NJ 07728-2933, mortgage account ending with "5839";**

  **THIS MATTER** having been brought before the Court by, Scott D. Sherman, ESQUIRE, Esquire attorney for debtor, MARISA D. KLEINOT A/K/A MARISSA D. FIEDLER upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  **IT IS** on the    day of    , 2019, ORDERED as follows:

  1. The debtors plan is hereby amended to allow **$4,253.66** to be paid to WELLS FARGO BANK, N.A. Said amount reflects that found on WELLS FARGO BANK, N.A.'s Proof of Claim.

  2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in WELLS FARGO BANK, N.A.'s allowed secured proof of claim.

  3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated:  September 13, 2019

/s/ Scott D. Sherman        Dated: September 16, 2019
Scott D. Sherman, Esquire
Attorney for debtors