**Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**MARISA D. KLEINOT**<br><br>Debtor(s). |

Case No.:    19-24755 MBK

Hearing:    1/22/2020

Judge:    **Michael B. Kaplan**

# INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: January 30, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 1/22/2020 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 3/11/2020 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall submit the following to the Trustee on or before 2/22/2020:

- Certification with attached proof from the debtor regarding the increased cell phone expenses of $215 and increased childcare expenses of $367
- June to December, 2019 paystubs for debtor and non-debtor spouse
- Certification stating when the $800 in pension loans end and when they were taken out
- Six (6) months credit card statements for non-debtor spouse to support the expense of $700 per month in payments

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.