Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**MARISA D. KLEINOT**<br><br>Debtor(s). |

Case No.: 19-24755 MBK

Hearing: 1/22/2020

Judge: **Michael B. Kaplan**

## INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

DATED: January 30, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 1/22/2020 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 3/11/2020 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall submit the following to the Trustee on or before 2/22/2020:

- Certification with attached proof from the debtor regarding the increased cell phone expenses of $215 and increased childcare expenses of $367
- June to December, 2019 paystubs for debtor and non-debtor spouse
- Certification stating when the $800 in pension loans end and when they were taken out
- Six (6) months credit card statements for non-debtor spouse to support the expense of $700 per month in payments

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.

United States Bankruptcy Court
District of New Jersey

In re:  
Marisa D Kleinot  
    Debtor

Case No. 19-24755-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.  
db         +Marisa D Kleinot,    10 Sandy Court,    Freehold, NJ 07728-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:  
            Albert    Russo    docs@russotrustee.com  
            Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union  
             dupont@redbanklaw.com, dana@redbanklaw.com  
            Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association  
             rsolarz@kmllawgroup.com  
            Robert    Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
            Scott D. Sherman    on behalf of Debtor Marisa D Kleinot ssbankruptcy@minionsherman.com  
            Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,  
             nj.bkecf@fedphe.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 7