| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2019 | $300.00 | 6763906039 | 09/04/2019 | $300.00 | 6763906040 | 10/23/2019 | $300.00 | 62730100 |
| 11/18/2019 | $300.00 | 63369220 | | | | | | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY COURT/1ST MRTG/ORDER 10/3/2019 | Mortgage Arrears | $4,253.66 | $0.00 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $0.00 | $0.00 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $0.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NYC & COMPANY | Unsecured Creditors | $632.62 | $0.00 | $0.00 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $0.00 | $0.00 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER LOAN TRUST IV | Unsecured Creditors | $30,882.81 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $12,000.26 | $0.00 | $0.00 |
| 14 | Pnc Bank<br>»»  P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24755 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $86.40 | Arrearages: | $500.00 |
| Funds on Hand: | $1,713.60 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**