UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-12908 BKSUP01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MARISA D. KLEINOT

Case No.:   19-24755-MBK

Chapter:    13

Judge:      MICHAEL B. KAPLAN

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Andrew Spivack will be substituted as attorney of record for Wells Fargo Bank, N.A., Creditor, in this case.

Date: 01/28/2021                         /s/ Nicole Savage
                                         Signature of Former Attorney


Date: 01/28/2021                         /s/ Andrew Spivack
                                         Signature of Substituted Attorney


*rev.8/1/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-12908 BKSUP01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

MARISA D. KLEINOT

Case No: 19-24755-MBK

Hearing Date: _____

Judge: MICHAEL B. KAPLAN

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Megan Painter:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 28, 2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   Notice of Substitution of Attorney and Certificate of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 28, 2021          /s/ *Megan Painter*
                                 Megan Painter

20-12908 BKSUP01

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MARISA D. KLEINOT<br>10 SANDY CT<br>FREEHOLD, NJ 07728-2933 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| SCOTT D. SHERMAN<br>33 CLINTON ROAD<br>SUITE 105<br>WEST CALDWELL, NJ 07006 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

20-12908 BKSUP01