| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $300.00 | 64550670 | 01/28/2020 | $300.00 | 65135170 | 02/24/2020 | $300.00 | 65737110 |
| 03/02/2020 | $200.00 | 66013490 | 03/23/2020 | $300.00 | 66557310 | 04/06/2020 | $200.00 | 66928690 |
| 04/20/2020 | $300.00 | 67270910 | 05/01/2020 | $200.00 | 67569810 | 05/18/2020 | $300.00 | 67958900 |
| 06/04/2020 | $200.00 | 68436410 | 06/15/2020 | $300.00 | 68647350 | 06/30/2020 | $200.00 | 68947600 |
| 07/16/2020 | $300.00 | 69434640 | 08/03/2020 | $200.00 | 69857730 | 08/24/2020 | $500.00 | 70301790 |
| 09/24/2020 | $200.00 | 71077760 | 10/29/2020 | $500.00 | 71906400 | 11/16/2020 | $500.00 | 72357630 |
| 12/14/2020 | $500.00 | 73033050 | 01/25/2021 | $500.00 | 73992560 | 02/23/2021 | $580.00 | 74670710 |

**Total Receipts for the Period:  $6,880.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $0.00 | $1,746.40 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $0.00 | $4,753.88 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $0.00 | $2,905.25 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY COURT/1ST MRTG/ORDER 10/3/2019 | Mortgage Arrears | $4,253.66 | $2,556.93 | $1,696.73 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $0.00 | $40,718.92 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $0.00 | $2,896.84 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $0.00 | $3,466.84 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $56.79 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NY & COMPANY | Unsecured Creditors | $632.62 | $0.00 | $632.62 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $0.00 | $1,214.34 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $0.00 | $30,882.81 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $0.00 | $12,000.26 |

**Chapter 13 Case No. 19-24755 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PNC Bank, N.A.<br>»» P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $417.57 | $277.10 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,080.00 | Plan Balance: | $35,756.00 ** |
| Paid to Claims: | $6,474.50 | Current Monthly Payment: | $700.00 |
| Paid to Trustee: | $591.38 | Arrearages: | ($80.00) |
| Funds on Hand: | $1,014.12 | Total Plan Base: | $43,836.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**