## SECTION III
## SUMMARY OF EXPENSES

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Computer Assisted Legal Research** <br> Westlaw/Lexis and a description of manner calculated. | n/a |
| b) | **Pacer Fees** <br> Payable to the Pacer Service Center. | n/a |
| c) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | n/a |
| d) | **In-House Reproduction Services** <br> Exclusive of overhead charges. Include per page fee charged. | n/a |
| e) | **Outside Reproduction Services** <br> Including scanning services. | n/a |
| f) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | N/A |
| g) | **Court Reporting** <br> Transcripts. | n/a |
| h) | **Travel** <br> Mileage, tolls, parking. | n/a |
| i) | **Courier & Express Carriers** <br> Overnight and personal delivery. | n/a |
| j) | **Postage** | n/a |
| k) | **Other (specify)** LMP Portal | |
| **DISBURSEMENTS TOTAL:** | | 0 |

I certify under penalty of perjury that the above is true.

Date: 3/24/2021

/s/ Scott D. Sherman
Signature

*rev.8/1/19*