| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-24755 / MBK

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | $500.00 | 73992560 | 02/23/2021 | $580.00 | 74670710 | 03/22/2021 | $580.00 | 75403790 |
| 05/03/2021 | $562.00 | 76388300 | 06/02/2021 | $562.00 | 77155390 | 06/29/2021 | $562.00 | 77725910 |
| 07/26/2021 | $562.00 | 78315210 | 08/23/2021 | $562.00 | 78958640 | 10/01/2021 | $562.00 | 79846750 |
| 10/29/2021 | $562.00 | 80455630 | 11/30/2021 | $562.00 | 81113090 | 12/28/2021 | $562.00 | 81683100 |
| 01/26/2022 | $562.00 | 82324760 | | | | | | |

**Total Receipts for the Period: $7,280.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT D SHERMAN ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $57.52 | $1,688.88 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $180.72 | $4,573.16 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $110.45 | $2,794.80 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY COURT/1ST MRTG/ORDER 10/3/2019 | Mortgage Arrears | $4,253.66 | $4,253.66 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $1,547.97 | $39,170.95 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $110.13 | $2,786.71 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $131.80 | $3,335.04 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $56.79 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NY & COMPANY | Unsecured Creditors | $632.62 | $17.62 | $615.00 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $33.84 | $1,180.50 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $1,174.03 | $29,708.78 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $456.20 | $11,544.06 |
| 14 | PNC Bank, N.A.<br>»»  P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $694.67 | $0.00 |

**Chapter 13 Case No. 19-24755 / MBK**

| 0 | SCOTT D SHERMAN ESQ<br>»»  ORDER 4/1/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,280.00 | Plan Balance: | $29,768.00 ** |
| Paid to Claims: | $12,668.61 | Current Monthly Payment: | $562.00 |
| Paid to Trustee: | $1,063.43 | Arrearages: | $562.00 |
| Funds on Hand: | $547.96 | Total Plan Base: | $44,048.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.