UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Marisa D Kleinot

Case No.: 3:2019-bk-24755

Adversary No.: _____

Chapter: 13

Judge: Chief Judge Michael B. Kaplan

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.   **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:
(Example: John Smith, creditor)

Wells Fargo Bank, N.A., creditor

Old address:
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:
Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/07/2022

/s/ Sherry L Crouell
Signature

*rev.8/1/2021*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE:**                                    **CASE NO.:**   **19-24755**

**Marisa D Kleinot**                          **CHAPTER:**   **13**

                    **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 07, 2022, I served a copy of this Notice and all
attachments upon each of the entities named below by the court's notice of electronic filing or by
placing a copy thereof in an envelope, in the United States Mail with first class mail postage
prepaid, addressed to each of them as follows:

<u>**SERVICE LIST**</u>

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                   Marisa D Kleinot
                                   10 Sandy Court
                                   Freehold, NJ 07728

*Debtor's Attorney:*               *By CM / ECF Filing:*

                                   Scott D. Sherman
                                   MINION & SHERMAN
                                   33 Clinton Road
                                   Suite 105
                                   West Caldwell, NJ 07006

*Trustee:*                         *By CM / ECF Filing:*

                                   Albert Russo
                                   Standing Chapter 13 Trustee
                                   CN 4853
                                   Trenton, NJ 08650-4853

                                   /s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)