| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2022 | $562.00 | 82324760 | 02/28/2022 | $562.00 | 83004180 | 03/31/2022 | $562.00 | 83716290 |
| 05/02/2022 | $562.00 | 84397770 | 05/31/2022 | $562.00 | 84916030 | 06/28/2022 | $562.00 | 85537560 |
| 08/02/2022 | $562.00 | 86163630 | 08/31/2022 | $562.00 | 86773410 | 09/27/2022 | $562.00 | 87306600 |
| 10/28/2022 | $562.00 | 87924600 | 11/30/2022 | $562.00 | 88527540 | 12/28/2022 | $562.00 | 89039810 |
| 01/20/2023 | $562.00 | 89503460 | 02/17/2023 | $562.00 | 90040000 | | | |

**Total Receipts for the Period:  $7,868.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,586.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $182.17 | $1,564.23 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $495.86 | $4,258.02 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $288.09 | $2,617.16 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY COURT/1ST MRTG/ORDER 10/3/2019 | Mortgage Arrears | $4,253.66 | $4,253.66 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $4,247.10 | $36,471.82 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $287.25 | $2,609.59 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $361.60 | $3,105.24 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $56.79 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NY & COMPANY | Unsecured Creditors | $632.62 | $65.99 | $566.63 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $126.66 | $1,087.68 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $3,221.28 | $27,661.53 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $1,251.71 | $10,748.55 |
| 14 | PNC Bank, N.A.<br>»»  P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $694.67 | $0.00 |

**Chapter 13 Case No. 19-24755 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Scott D. Sherman, Esq.<br>»»  ORDER 4/1/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,586.00 | Plan Balance: | $22,462.00 ** |
| Paid to Claims: | $19,376.04 | Current Monthly Payment: | $562.00 |
| Paid to Trustee: | $1,643.41 | Arrearages: | $562.00 |
| Funds on Hand: | $566.55 | Total Plan Base: | $44,048.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.