| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2023 | $562.00 | 89503460 | 02/17/2023 | $562.00 | 90040000 | 03/31/2023 | $562.00 | 90823120 |
| 04/28/2023 | $562.00 | 91332550 | 05/26/2023 | $562.00 | 91871440 | 06/23/2023 | $562.00 | 92366160 |
| 07/31/2023 | $562.00 | 92985220 | 08/18/2023 | $562.00 | 93337990 | 10/03/2023 | $562.00 | 94055910 |
| 11/02/2023 | $562.00 | 94609500 | 11/27/2023 | $562.00 | 94979700 | 12/22/2023 | $562.00 | 95445210 |
| 01/19/2024 | $562.00 | 95904060 | | | | | | |

**Total Receipts for the Period:  $7,306.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,768.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $271.70 | $1,474.70 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $739.59 | $4,014.29 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $451.99 | $2,453.26 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY COURT/1ST MRTG/ORDER 10/3/2019 | Mortgage Arrears | $4,253.66 | $4,253.66 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $6,334.82 | $34,384.10 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $450.68 | $2,446.16 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $539.35 | $2,927.49 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $56.79 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NY & COMPANY | Unsecured Creditors | $632.62 | $98.42 | $534.20 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $188.93 | $1,025.41 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $4,804.56 | $26,078.25 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $1,866.93 | $10,133.33 |
| 14 | PNC Bank, N.A.<br>»»  P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $694.67 | $0.00 |

Chapter 13 Case No. 19-24755 / MBK

| 0 | Scott D. Sherman, Esq. | Attorney Fees | $400.00 | $400.00 | $0.00 |
|---|---|---|---|---|---|
|   | »» ORDER 4/1/21 | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,768.00 | Plan Balance: | $16,280.00 ** |
| Paid to Claims: | $24,595.30 | Current Monthly Payment: | $562.00 |
| Paid to Trustee: | $2,119.42 | Arrearages: | $0.00 |
| Funds on Hand: | $1,053.28 | Total Plan Base: | $44,048.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.