UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank

In Re:

Marisa Kleinot,

Debtor.

Case No.:       19-24755-MBK

Chapter:            13

Hearing Date:    02/14/2024

Judge:           Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 10 Sandy Court (Docket # 58)

_____

Date: 02/07/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*