| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | $562.00 | 95904060 | 02/16/2024 | $562.00 | 96369240 | 04/12/2024 | $581.00 | 97075450 |
| 06/03/2024 | $581.00 | 98041340 | 06/26/2024 | $581.00 | 98504200 | 07/31/2024 | $581.00 | 99064540 |
| 08/28/2024 | $581.00 | 99493660 | 09/18/2024 | $581.00 | 99834230 | 10/28/2024 | $581.00 | 10045052 |
| 11/26/2024 | $581.00 | 10089811 | 12/23/2024 | $581.00 | 10126704 | | | |

**Total Receipts for the Period: $6,353.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,559.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $345.74 | $1,400.66 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $966.04 | $3,787.84 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $590.39 | $2,314.86 |
| 4 | WELLS FARGO BANK, NA<br>»»  P/10 SANDY CT/1ST MRTG/ORDER 10/3/19 | Mortgage Arrears | $4,253.66 | $4,253.66 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $8,274.71 | $32,444.21 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $588.69 | $2,308.15 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $704.51 | $2,762.33 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $15.57 | $72.71 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $0.00 | $56.79 |
| 10 | QUANTUM3 GROUP LLC<br>»»  NY & COMPANY | Unsecured Creditors | $632.62 | $115.00 | $517.62 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,214.34 | $234.04 | $980.30 |
| 12 | CACH, LLC<br>»»  ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $6,275.86 | $24,606.95 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $2,438.64 | $9,561.62 |
| 14 | PNC Bank, N.A.<br>»»  P/10 SANDY CT/2ND MTG | Mortgage Arrears | $694.67 | $694.67 | $0.00 |

**Chapter 13 Case No. 19-24755 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Scott D. Sherman, Esq. »» ORDER 4/1/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 15 | PNC Bank, N.A. »» P/10 SANDY CT/2ND MTG/ATTY FEES ORDER 2/15/24 | Mortgage Arrears | $599.00 | $599.00 | $0.00 |
| 0 | Scott D. Sherman, Esq. »» ORDER 2/23/24 | Attorney Fees | $510.45 | $510.45 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,559.00 | Plan Balance: | $11,722.00 ** |
| Paid to Claims: | $30,506.97 | Current Monthly Payment: | $581.00 |
| Paid to Trustee: | $2,471.05 | Arrearages: | $1,162.00 |
| Funds on Hand: | $580.98 | Total Plan Base: | $45,281.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.