UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ    08650

(609) 587-6888

**Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Marisa D Kleinot

Case No.: 19-24755 / MBK

Hearing Date: 02/11/2026

Judge: Michael B. Kaplan

Chapter:  13

Debtor(s)

### ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: February 13, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $41,112.00 paid to date

- Debtor(s) shall remit $562.00 per month to the Trustee for 6 months beginning 02/01/2026

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-24755-MBK

Marisa D Kleinot                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                   Page 1 of 2
Date Rcvd: Feb 13, 2026                           Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID              Recipient Name and Address**
db                 +    Marisa D Kleinot, 10 Sandy Court, Freehold, NJ 07728-2933

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                                on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                docs@russotrustee.com

Andrew L. Spivack
                                on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
                                on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont
                                on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Scott D. Sherman
                                on behalf of Debtor Marisa D Kleinot ssherman@minionsherman.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 13, 2026                                Form ID: pdf903                             Total Noticed: 1

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7