Office Mailing Address:  
Albert Russo, Trustee  
Standing Chapter 13 Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026  
**Chapter 13 Case No. 19-24755 / MBK**

Marisa D Kleinot

Petition Filed Date: 07/30/2019  
341 Hearing Date: 08/29/2019  
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | $581.00 | 10182075 | 03/03/2025 | $581.00 | I1M66TJF77-P| | 04/01/2025 | $581.00 | I1V4GFP5KJ-F |
| 04/29/2025 | $581.00 | I13WGZKNPD | 05/27/2025 | $581.00 | I1XSLDGTN0-F | 07/01/2025 | $581.00 | I19QLB29FB-P |
| 08/05/2025 | $581.00 | I1DTFXTWL1-I | 09/08/2025 | $581.00 | I1N5FLTTWC-F | 10/10/2025 | $581.00 | I12VFJVF1F-P |
| 10/31/2025 | $581.00 | I12KS9KR35-P | 12/01/2025 | $581.00 | I11BSGF77T-P | 01/22/2026 | $581.00 | I857CHZDLY-F |
| 02/02/2026 | $581.00 | I85TCTF2H8-P | | | | | | |

**Total Receipts for the Period: $7,553.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,112.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisa D Kleinot | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,746.40 | $455.87 | $1,290.53 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $4,753.88 | $1,266.15 | $3,487.73 |
| 3 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $2,905.25 | $773.79 | $2,131.46 |
| 4 | WELLS FARGO BANK, NA<br>»» P/10 SANDY CT/1ST MRTG/ORDER 10/3/19 | Mortgage Arrears | $4,253.66 | $4,253.66 | $0.00 |
| 5 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $40,718.92 | $10,845.10 | $29,873.82 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,896.84 | $771.55 | $2,125.29 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,466.84 | $923.36 | $2,543.48 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $15.57 | $72.71 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $56.79 | $15.15 | $41.64 |
| 10 | QUANTUM3 GROUP LLC<br>»» NY & COMPANY | Unsecured Creditors | $632.62 | $165.14 | $467.48 |
| 11 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,214.34 | $316.98 | $897.36 |
| 12 | CACH, LLC<br>»» ACL CONSUMER/WEBBANK | Unsecured Creditors | $30,882.81 | $8,225.34 | $22,657.47 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT/DC-009307-18 | Unsecured Creditors | $12,000.26 | $3,196.15 | $8,804.11 |

**Chapter 13 Case No. 19-24755 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PNC Bank, N.A. | Mortgage Arrears | $694.67 | $694.67 | $0.00 |
| | »» P/10 SANDY CT/2ND MTG | | | | |
| 0 | Scott D. Sherman, Esq. | Attorney Fees | $400.00 | $400.00 | $0.00 |
| | »» ORDER 4/1/21 | | | | |
| 15 | PNC Bank, N.A. | Mortgage Arrears | $599.00 | $599.00 | $0.00 |
| | »» P/10 SANDY CT/2ND MTG/ATTY FEES ORDER 2/15/24 | | | | |
| 0 | Scott D. Sherman, Esq. | Attorney Fees | $510.45 | $510.45 | $0.00 |
| | »» ORDER 2/23/24 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,112.00 | Plan Balance: | $3,260.00 ** |
| Paid to Claims: | $36,927.93 | Current Monthly Payment: | $562.00 |
| Paid to Trustee: | $3,081.04 | Arrearages: | ($19.00) |
| Funds on Hand: | $1,103.03 | Total Plan Base: | $44,372.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**