Certificate Number: 15111-NJ-DE-041340275

Bankruptcy Case Number: 19-24755

15111-NJ-DE-041340275

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2026, at 2:31 o'clock PM EDT, Marisa D Kleinot completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 18, 2026

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education